Greg GIVENS, Plaintiff—Appellant,

v.

Mitch TOLSON; Richard A. Hayhurst; Richard M. Adams, Sr.; Jane Doe I; John Doe I, Defendants–Appellees.

No. 11–1198.

United States Court of Appeals, Fourth Circuit.

Submitted: July 28, 2011.

Decided: Aug. 1, 2011.

Greg Givens, Appellant Pro Se.

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Greg Givens appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Givens v. Tolson*, No. 3:10–cv–00909–HEH (E.D.Va. Jan. 10, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before the court and argument would not aid the decisional process.

*AFFIRMED.*